IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ADRIANN CANARY, <br><br> Plaintiff, <br><br> v. <br><br> DARIN ADAMS, et al., <br><br> Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Case No. 4:25-cv-00077-DN-PK <br><br> District Judge David Nuffer |

The Report and Recommendation[1] ("R & R") issued by United States Magistrate Judge Kohler on September 26, 2025, recommends: (1) Defendant Chad Dotson's Motion to Dismiss for Failure to State a Claim;[2] and (2) Darin Adams and Matthew Topham's Motion to Dismiss Pursuant to Rule 12(b)(1) and (6).[3]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. The parties had until October 10, 2025, to object to Judge Kohler's R & R. No party filed a written objection to the R & R as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the R & R[4] is adopted in its entirety.

---

[1] Report and Recommendations, docket no. 29, filed September 26, 2025.

[2] Motion to Dismiss for Failure to Stay a Claim, docket no. 21, filed August 21, 2025.

[3] Motion to Dismiss, docket no. 20, August 21, 2025.

[4] *Id*.

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[5] is ADOPTED in full.

IT IS FURTHER ORDERED:

1. Defendant Dotson's Motion to Dismiss is GRANTED;[6]
2. Defendant Darin Adams and Matthew Topham's Motion to Dismiss is GRANTED IN PART;[7]
3. Plaintiff is granted 21 days leave to amend her equal protection claim to add additional allegations.

Signed October 15, 2025.

BY THE COURT

_____
District Judge David Nuffer

---

[5] Report and Recommendations, docket no. 29, filed September 26, 2025.

[6] Motion to Dismiss for Failure to Stay a Claim, docket no. 21, filed August 21, 2025.

[7] Motion to Dismiss, docket no. 20, August 21, 2025.