THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ADRIANN CANARY,<br><br>               Plaintiff,<br><br>v.<br><br>DARIN ADAMS, et al.,<br><br>               Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING SECOND REPORT AND RECOMMENDATION**<br><br>Case No. 4:25-cv-00077-DN-PK<br><br>District Judge David Nuffer |

The Report and Recommendation[1] ("R & R") issued by United States Magistrate Judge Kohler on December 15, 2025, recommends granting (1) Defendant Chad Dotson's Motion to Dismiss Amended Complaint;[2] and (2) Defendants Darin Adams, Matthew Topham's Motion to Dismiss for Failure to State a Claim;[3] and (3) dismissing this case with prejudice.

The parties were notified of their right to file objections to the R & R within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. The parties had until December 29, 2025, to object to Judge Kohler's R & R. No party filed a written objection to the R & R as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the R & R[4] is adopted in its entirety.

## 1   ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[5] is ADOPTED in full.

---

[1] Report and Recommendations, docket no. 42, filed December 15, 2025.

[2] Motion to Dismiss Amended Complaint, docket no. 38, November 7, 2025.

[3] Motion to Dismiss for Failure to Stay a Claim, docket no. 40, filed November 11, 2025.

[4] *Id*.

[5] Report and Recommendations, docket no. 42, filed December 15, 2025.

IT IS FURTHER ORDERED:

1. Defendant Chad Dotson's Motion to Dismiss Amended Complaint is GRANTED;[6]

2. Defendants Darin Adams, Matthew Topham's Motion to Dismiss for Failure to State a Claim is GRANTED;[7]

3. As a result, this case is DISMISSED WITH PREJUDICE.

4. The Clerk is ordered to CLOSE THE CASE.

Signed January 5, 2026.

BY THE COURT

David Nuffer
United States District Judge

---

[6] Motion to Dismiss Amended Complaint, docket no. 38, November 7, 2025.

[7] Motion to Dismiss for Failure to Stay a Claim, docket no. 40, filed November 11, 2025.